IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PASCUAL JOSE-DE-JOSE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Case No. CIV-25-1454-SLP |
| KRISTI NOEM, et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

The Court is in receipt of Respondents' Objection [Doc. No. 13] to the Report and Recommendation. Given the nature of these proceedings, the Court expedites the Petitioner's deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), making the response due on or before February 11, 2026. Should Petitioner or his counsel wish to respond to the Objection and require more time, Petitioner shall file a motion seeking additional time.

IT IS SO ORDERED this 6th day of February, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE